# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KIM MCMULLEN,

               Petitioner

               v.

HUNTINGDON COURT OF COMMON PLEAS,

               Respondent

: No. 178 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" and the Application for Leave to File a Reply are DENIED.